1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DONNIE RAE ROBINSON,

11             Petitioner,              No. CIV S-05-1437 MCE DAD P

12        vs.                           1:05- CV -0937 AWI WMW HC

13   MATTHEW C. KRAMMER, et al.,

14             Respondents.             ORDER

15   _____/

16        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

18        On the first page of his habeas petition, petitioner indicates that he is challenging

19   a judgment of conviction entered by the Sacramento County Superior Court in 1998. On

20   subsequent pages of his petition, however, petitioner reveals that he is in fact attacking his 2002

21   prison disciplinary conviction for battery with a weapon. The disciplinary conviction arose from

22   an incident that occurred at Sierra Conservation Center, and the disciplinary proceedings were

23   held at that facility.

24        Sierra Conservation Center is located in Tuolumne County, which is part of the

25   Fresno Division of the United States District Court for the Eastern District of California. See

26   Local Rule 3-120(b). A civil action which has not been commenced in the proper division of this

(HC) Robinson v. Krammer et al                                                                    Doc. 4

1 court may, on the court's own motion, be transferred to the proper division of the court. See
2 Local Rule 3-120(d). Good cause appearing, this action will be transferred to the Fresno
3 Division of the court for all further proceedings.
4         Accordingly, IT IS HEREBY ORDERED that:
5         1. This action is transferred to the United States District Court for the Eastern
6 District of California sitting in Fresno; and
7         2. All future filings in this matter shall reference the new Fresno case number and
8 shall be filed at:

    United States District Court
    Eastern District of California
    1130 "O" Street
    Fresno, CA 93721.

12 DATED: July 22, 2005.

                */s/ Dale A. Drozd*
                DALE A. DROZD
                UNITED STATES MAGISTRATE JUDGE

16 DAD:13
   robi1437.109